1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

2006 OCT 11   AM 11: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RELAUN DEADMON,
CDC #D-58206,

                                    Plaintiff,

                vs.

CALIPATRIA STATE PRISON, et al.,

                                    Defendants.

Civil No.   06-1778 H (LSP)

**ORDER DISMISSING CIVIL
ACTION AS DUPLICATIVE
PURSUANT TO 28 U.S.C.
§ 1915A(b)(1)**

Plaintiff, a state inmate currently incarcerated at Calipatria State Prison in Calipatria, California and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 in the Northern District.

On July 10, 2006, this matter was transferred to the Eastern District of California. However, on August 16, 2006, United States Magistrate Judge Dennis Beck determined that the claims in Plaintiff's Complaint arose out of events which took place while he was incarcerated at Calipatria State Prison which is located in the Southern District of California. Thus, Magistrate Judge Beck determined that venue was proper in the Southern District of California and transferred this case to this District on July 10, 2006.

1 **I.     Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

2          The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to

3 review complaints filed by anyone "incarcerated or detained in any facility who is accused of,

4 sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions

5 of parole, probation, pretrial release, or diversionary program," "as soon as practicable after

6 docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.

7 *See* 28 U.S.C. § 1915A(a), (c).  The Court must sua sponte dismiss prisoner complaints, or any

8 portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may

9 be granted.  28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

10         Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C.

11 § 1915A(b)(1) because it appears to be duplicative of a civil rights action he is already litigating.

12 Plaintiff's Complaint contains identical claims that are found in *Deadmon v. Grannis, et al.*, S.D.

13 Cal. Civil Case No. 06cv1382 LAB (WMc).  A court "may take notice of proceedings in other

14 courts, both within and without the federal judicial system, if those proceedings have a direct

15 relation to matters at issue."  *United States ex rel. Robinson Rancheria Citizens Council v.*

16 *Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

17         A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it

18 "merely repeats pending or previously litigated claims."  *Cato v. United States*, 70 F.3d 1103,

19 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal

20 quotations omitted).  Because Plaintiff is already litigating the same claims presented in the

21 instant action in *Deadmon v. Grannis, et al.*, S.D. Cal. Civil Case No. 06cv1382 LAB (WMc),

22 the Court hereby **DISMISSES** Civil Case No. 06cv1778 H (LSP) pursuant to 28 U.S.C.

23 § 1915A(b)(1).  *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

24 ////

25 ////

26 ////

27 ////

28 ////

1

**II.    Conclusion and Order**

2

    Good cause appearing, **IT IS HEREBY ORDERED** that:

3

    Plaintiff's Complaint in Civil Case No. 06cv1778 H (LSP) is **DISMISSED** as frivolous

4

pursuant to 28 U.S.C. § 1915A(b)(1).   This dismissal shall operate without prejudice to

5

Plaintiff's pursuit of the same claims presented herein in *Deadmon v. Grannis*, S.D. Cal. Civil

6

Case No. 06cv1382 LAB (WMc).

7

    The Clerk shall close the file.

8

    **IT IS SO ORDERED.**

9

DATED: _10/10/06_              _____

10

                           HON. MARILYN L. HUFF
                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28